IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENVILLE DIVISION

| | |
|---|---|
| DANNY D. MOORE,<br><br>                      Plaintiff,<br><br>v.<br><br>MEDICAL MANAGEMENT INTERNATIONAL, INC., D/B/A BANFIELD PET HOSPITAL, and MARS PETCARE US INC.,<br><br>                      Defendants. | Civil Action No. 2:23-cv-00152-KAC-CRW<br>Judge Crytzer |

**ORDER**

Upon consideration of Defendants Medical Management International, Inc., d/b/a Banfield Pet Hospital ("Banfield") and Mars Petcare US Inc. ("Mars Petcare") (collectively, "Defendants") and Plaintiff Danny D. Moore (Defendants and Plaintiff, collectively, the "Parties") Joint Stipulation to extend the deadline for Banfield to respond to Plaintiff's Amended Complaint (Dkt. No. 28) and for the Parties to file their Rule 26(f) plan (Dkt. No. 24), the record in this case, and the applicable law, it is hereby **ORDERED** that:

1. Defendant Banfield's deadline to respond to Plaintiff's Amended Complaint is extended to March 12, 2024; and

2. The Parties' deadline to file the Rule 26(f) report is extended to March 22, 2024.

**IT IS SO ORDERED.**

Dated: February 26, 2024

_____
Hon. Katherine A. Crytzer
United States District Judge